531 A.2d 1116

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Ronald W. MULLEN, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 15, 1986.

Decided Oct. 15, 1987.

Paul W. Kilgore, Lebanon, for appellant.

Robert W. Feeman, Asst. Dist. Atty., John E. Feather, Jr., Lebanon, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.